UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MICHAEL PICARD** :  | |
| **Plaintiff** :  | |
| : | CIVIL NO. 3:19-CV-00511-RNC |
| v. : | |
| : | |
| **JOHNATHAN FONTNEAU** : | |
| DEFENDANT : | NOVEMBER 1, 2019 |

**UPDATED JOINT STATUS REPORT**

STATUS OF SETTLEMENT NEGOTIATIONS

  The parties have exchanged draft proposals for policy related to treatment of protesters by the Stamford Police Department, but have not yet agreed on terms. The Plaintiff is reviewing the Defendant's current policy which has been provided to it by the Defendant, and is expected to have a re-draft of the same to the Defendant within the next week and in advance of the settlement conference set for November 8th.
  The depositions of the Plaintiff and Defendant have been held, as well as two witnesses at the election of the Plaintiff. The deposition of a witness at the election of the Defendant is scheduled in November after the date of the settlement conference, and the Plaintiff envisions two more witness depositions before closing discovery should the case not settle.

<u>/s/ ct 28621</u>
Joseph Sastre (# ct28621)
The Law Office of Joseph R. Sastre, LLC
67 Chestnut Street
Bristol, CT 06010
(203) 530-8367
joseph.sastre@gmail.com

November 1, 2019
*Counsel for Michael Picard*

<u>/s/ ct 03466</u>
Barbara Coughlan (# ct03466   )
Stamford, CT Corporation Counsel
888 Washington Boulevard
Stamford, CT 06901
(203) 977-4087

November 1, 2019
*Counsel for John FontneaU*