UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL PICARD, | : | CIVIL ACTION |
| Plaintiff, | : | |
| vs. | : | NO. 3:19cv00511(RNC) |
| JONATHAN FONTNEAU | : | |
| Defendant. | : | MARCH 5, 2020 |

### CONSENT MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTION

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, Jonathan Fontneau, a defendant in the above-captioned matter, by and through his attorney, the undersigned, respectfully requests that the Court extend the March 6, 2020 deadline for filing his dispositive motion. The basis for the request is that the plaintiff's motion to amend his complaint to add new defendants and new claims is presently pending before the Court. The defendant seeks to extend the deadline for filing dispositive motions to one week after the Court rules on the plaintiff's Motion to Amend, if it is denied, and if it is granted, the defendant requests that a new scheduling order, including a new deadline for the filing of dispositive motions, be entered.

This is the defendant's first request for extension of time. The undersigned has contacted the plaintiff's attorney, Joseph Sastre, regarding his position on the motion, and he consents to the motion.

WHEREFORE, for the above-stated reasons, the defendant respectfully requests that the Court extend the deadline for filing his dispositive motion to one week following

the Court's ruling on the plaintiff's Motion to Amend, if it is denied, and that a new scheduling order be entered if it is granted.

FOR THE DEFENDANT
CITY OF STAMFORD

BY_____/s/_____
Barbara L. Coughlan, Esq.
Fed Bar No. ct03466
Assistant Corporation Counsel
City of Stamford
888 Washington Blvd
P.O. Box 10152
Stamford, CT  06904-2152
Tel:  (203) 977-4087
Fax: (203) 977-5560
E-mail: bcoughlan@stamfordct.gov

## CERTIFICATION

I hereby certify that on March 5, 2020, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Barbara L. Coughlan, Esq.
