UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL PICARD, | : | CIVIL ACTION |
| Plaintiff, | : | |
| VS. | : | NO. 3:19-cv-00511(RNC) |
| JOHN FONTNEAU, et al | : | |
| Defendant. | : | AUGUST 18, 2020 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(b), the defendants hereby respectfully move this Court for entry of Summary Judgment in their favor on all issues in this case on the following grounds:

1. Judgment should enter on counts One, Two, and Four because the plaintiff's property was taken from him incidental to the arrest as evidence and/or potential evidence;

2. Judgment should enter on Counts Three, Five, Six and Seven because the undisputed evidence shows there was probable cause to arrest;

3. Judgment should also enter on Count Six because the plaintiff cannot prove a sufficient post-arraignment liberty restraint;

4. Judgment should enter on Counts Eight and Nine because there is no factual or legal basis for holding Bretthauer or McGowan liable for any damages allegedly suffered by the plaintiff; and

5. Judgment should enter on all counts because the defendants are entitled to qualified immunity.

Attached in support of this Motion is Defendants' Local Rule 56(a)1 Statement of Material Facts Not in Dispute with exhibits.

WHEREFORE, and for the reasons set forth in the accompanying Memorandum of Law, the defendants respectfully move this Court for judgment in their favor on all Counts of the plaintiff's Second Amended Complaint.

FOR THE DEFENDANTS

BY_____/s/_____
Barbara L. Coughlan, Esq.
Fed Bar No. ct
Assistant Corporation Counsel
City of Stamford
888 Washington Blvd
P.O. Box 10152
Stamford, CT  06904-2152
Tel:  (203) 977-4087
Fax: (203) 977-5560
E-mail: bcoughlan@stamfordct.gov

## **CERTIFICATION**

I hereby certify that on August 18, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

_____/s/_____
Barbara L. Coughlan, Esq.