UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL PICARD, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | NO. 3:19-cv-00511(RNC) |
| | : | |
| JOHN FONTNEAU, et al | : | |
| | : | |
| Defendant. | : | AUGUST 18, 2020 |

**LOCAL RULE 56(a)1 STATEMENT OF MATERIAL
FACTS NOT IN DISPUTE IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The defendants John Fontneau, Susan Bretthauer and Sean McGowan, pursuant to Rule 56(a)1 of the Local Rules of Civil Procedure, submit the following undisputed material facts in support of their Motion for Summary Judgment:

1.     For approximately 30 minutes, on the morning of April 26, 2018, the plaintiff Michael Picard (hereinafter "Picard") stood outside the state courthouse located at 123 Hoyt Street in Stamford, holding a placard that read, "FUCK FREE SPEECH – STAMFORD PD". *Amended Complaint (ECF No. 54), Paragraphs 8 and 9.*

2.     The placard consisted of a yellow piece of foam board, which was approximately two feet by three feet in size. *Picard Deposition, Exhibit A, at 33:17-21; 34:14-18.*

3.     Picard left that location at about 10:30 a.m., and stood on the sidewalk

1

that abuts Hoyt Street in front of the courthouse parking garage and stayed there for approximately 15 to 20 minutes. *Picard Deposition, Exhibit A, at 47:11-12; 48:12-14; 60:14-18.* He was in plain view and no Stamford police officer questioned him in either location. *Picard Deposition, Exhibit A, at 45-48; 60-62.*

4.      At that point, he was joined by his friend, David Ortiz, a/k/a Dawed Talib. *Picard Deposition, Exhibit A, at 68:14-15.* Ortiz was live streaming Picard's activities to his Facebook page. *Picard Deposition, Exhibit A, at 69:1-3.*

5.      Picard and Ortiz left the public sidewalk that abuts Hoyt Street and traveled on a walkway/sidewalk that runs from the public sidewalk to the police station. *Picard Deposition, Exhibit A, at 74:17-25; 75:1-9.*

6.      Ortiz was concerned that they might not be on public property and asked Picard if it was public. *Ortiz Deposition, Exhibit B, at 54:19-24; 55:1-6.*

7.      Picard stood in front of the entrance to the police station and held up his sign there. Ortiz was with him, filming him. *Ortiz Deposition, Exhibit B, at 53:24-25; 54:1-2.* The place where he was standing provided access to the front doors of the police station which are situated at the top of a wide concrete staircase. *Amended Complaint (ECF No. 54), Paragraph 14.*

8.      Exhibit 3 to Picard's Deposition, attached hereto as Exhibit C, is a true and accurate picture of the front of the police station as of April 26, 2018 and the two Xs indicate the two spots between which Picard moved while holding his sign in front of the station. *Picard Deposition, Exhibit A, at 75:20-25; 76:5-25; 77:1-10.*

2

9.     Picard was standing on the narrow walkway/sidewalk at the bottom of the stairs leading to the police station. *Picard Deposition, Exhibit A, at 78:19-24.* He stood there for about 15 minutes before he was arrested. *Picard Deposition, Exhibit A, at 81:9-11.*

10.    While Picard stood in that location, people were going into the police station. *Picard Deposition, Exhibit A, at 79:16-20.*

11.    Picard spoke to those people, showing them his sign and asking if they liked it. *Picard Deposition, Exhibit A, at 79:21-25.*

12.    Ortiz saw Picard confront people with his sign; Picard was holding it out in front of people and was pointing the sign toward them. *Ortiz Deposition, Exhibit B, at 31:14-23.*

13.    Ortiz observed some people walk in the driveway rather than walk along the walkway where he and Picard were standing. *Ortiz Deposition, Exhibit B, at 32:1-5.*

14.    Captain Bretthauer (hereinafter "Bretthauer") has been a police officer with the Stamford Police Department since 1979. *Bretthauer Deposition, Exhibit D, at 9:22-23.* She has never been disciplined. *Bretthauer Deposition, Exhibit D, at 9:25; 10:1.*

15.    On April 26, 2018, Bretthauer witnessed Picard's activity outside the Stamford Police Department. *Bretthauer Deposition, Exhibit D, at 15:21-24.*

3

16.   Bretthauer saw Picard standing in front of the steps to the police station. *Amended Complaint (ECF No. 54), Paragraph 11.*

17.   Sergeant McGowan (hereinafter "McGowan) also saw Picard standing in front of the steps to the police station on April 26, 2018. *Amended Complaint (ECF No. 54), Paragraph 11.*

18.   On the day of the incident, McGowan held the rank of Sergeant in the Stamford Police Department. *McGowan Deposition, Exhibit E, at 8:20-22.*

19.   When McGowan pulled into the police station in his vehicle, he saw Picard standing there holding a sign. *McGowan Deposition, Exhibit E, at 11:2-5.*

20.   McGowan observed Picard put his sign up in front of a person who was walking on the sidewalk. *McGowan Deposition, Exhibit E, at 13:14-18.*

21.   The person had to step off the sidewalk into the parking lot and go around him. *McGowan Deposition, Exhibit E, at 24:17-20; 26:11-15; 33:17-23; 36:2-11; 40:5-10.*

22.   Bretthauer saw Picard "block two individuals who had to walk around him, up the steps, to avoid him because he was blocking the sidewalk…" *Bretthauer Deposition, Exhibit D, at 22:15-23.*

23.   Bretthauer called her supervisor, Assistant Chief Wuennemann (hereinafter "Wuennemann") and told him what she had observed. *Bretthauer Deposition, Exhibit D, at 32:19-20. Bretthauer Deposition, Exhibit D, at 32:11-17;*

4

*Wuennemann Deposition, Exhibit F, at 20:8-9; 23:11-17.*

24.    Bretthauer called Wuennemann to ask how the situation should be handled. *Bretthauer Deposition, Exhibit D, at 33:5-6.*

25.    In her years on the police force, Bretthauer had never before seen an individual stand in front of the police station holding a sign in protest. *Bretthauer Deposition, Exhibit D, at 32:20-25; 33:1*.

26.    Wuennemann received a phone call from Bretthauer who told him what she had observed of Picard's activities. *Wuennemann Deposition, Exhibit F, at 23:11-17.*

27.    Wuennemann told the Police Chief, Jonathan Fontneau (hereinafter "Fontneau") what he had learned from Bretthauer. *Wuennemann Deposition, Exhibit F, at 23:11-18; 24:1-2.*

28.    McGowan knew that Bretthauer had been on the phone with one of the other chiefs who then informed Fontneau. McGowan just waited to be told what to do. *McGowan Deposition, Exhibit E, at 27:25; 28:1-7.*

29.    McGowan made no effort to tell Fontneau how to deal with Picard. *McGowan Deposition, Exhibit E, at 29:24-25; 30:1-3.*

30.    Fontneau could not recall the exact verbiage, but recalled being told by Wuennemann or the other Assistant Chief, Matheny, that an individual was holding a sign in front of the police station which said "FUCK FREE SPEECH – STAMFORD

PD" and was blocking the access of some people. *Fontneau Affidavit, Exhibit G, at Paragraph 7; Fontneau Deposition, Exhibit H, at 60:8-19; 80:11-25; 81:1-2.*

31.   Richard Colangelo (hereinafter "Colangelo") at the time of the incident was the State's Attorney for the Judicial District of Stamford-Norwalk. *Colangelo Deposition, Exhibit I, at 8:1-5.*

32.   Fontneau called him in the morning on the day of the incident. *Colangelo Deposition, Exhibit I, at 26:11-12.*

33.   Wuennemann witnessed Chief Fontneau call State's Attorney Richard Colangelo on April 26, 2018. *Wuennemann Deposition, Exhibit F, at 16:9-17.*

34.   Colangelo's recollection of what he was told by Fontneau is that "an individual was in front of the Stamford Police Department with a sign…the sign said 'F the police,' and the person was being disruptive to people entering the building, and it was disturbing to people that were walking by…" *Colangelo Deposition, Exhibit I, at 13:20-25; 14:1-4.*

35.   Fontneau asked him whether they should arrest the person. *Colangelo Deposition, Exhibit I, at 14:8-9; 16:5-7.*

36.   Colangelo asked Fontneau whether the person was "blocking access, is there anyone complaining about what he's doing or what his sign says, and [he] was told, yes." *Colangelo Deposition, Exhibit I, at 14:10-13.*

37.   Colangelo told Fontneau that as long as the activities he spoke of were

documented, they could arrest the individual. *Colangelo Deposition, Exhibit I, at 14:13-14, 25; 15:1-3.*

38.   Based on the information Colangelo was given, he thought it was a crime and told Fontneau that. *Colangelo Deposition, Exhibit I, at 22:2-5.* Fontneau's call to Colangelo was prior to any arrest. *Fontneau Affidavit, Exhibit G, at ¶ 8.*

39.   Fontneau came out of the police station and spoke with Picard. He told Picard to take his sign down because he was disturbing the peace and if he did not, he would be arrested. *Picard Deposition, Exhibit A, at 89:13-14 & 23-25; 90:1-11.*

40.   When Picard refused, Fontneau had him arrested. *Amended Complaint (ECF No. 54), Paragraph 15.*

41.   Picard was not handcuffed, but was escorted into the police station. *Picard Deposition, Exhibit A, at 90:18-22.*

42.   Picard was arrested at about 10:50 a.m. and released around 12:10 p.m. *Picard Deposition, Exhibit A, at 92:24-25; 93:3-5.* Ortiz bailed him out. *Picard Deposition, Exhibit A, at 93:9-11.*

43.   Picard was charged with one count of 2nd degree breach of peace in violation of C.G.S. 53a-181. *Amended Complaint (ECF No. 54), Paragraph 18.*

44.   Picard's sign was taken from him at the time he was arrested. *Picard Deposition, Exhibit A, at 95:14-15.* His body camera was taken from him after the arrest. *Picard Deposition, Exhibit A, at 95:16-18.*

7

45. Picard was arraigned on May 10, 2018. *Picard Deposition, Exhibit A, at 98:11-13; Amended Complaint (ECF. No. 54), Paragraph 19.*

46. The arraignment was continued to July 5, 2018 at which time the case was dismissed. *Picard Deposition, Exhibit A, at 99:15-19; Amended Complaint (ECF No. 54), Paragraphs 20 & 24.*

47. Robert Bossone (hereinafter "Bossone"), a patrol officer, prepared the police report. *Bossone Deposition, Exhibit J at 7:10-12; 8:16-18. See also Bossone Deposition, Exhibit J, at 8:24-25; 9:1 where Exhibit Z to the Deposition; the report itself, attached hereto as Exhibit K, was identified by Officer Bossone as his report.*

48. Bossone prepared the report based only on information provided by McGowan*. Bossone Deposition; Exhibit J, at 9:17-25; 21:10-13.*

49. The first time Bretthauer read the incident report was in preparation for her deposition after this litigation had commenced, *Bretthauer Deposition, Exhibit D, at 14:4-14,* which was after the charge was dismissed. *Bretthauer Deposition, Exhibit D, at 36:12-16.*

50. Bretthauer did not watch the video of the incident until after this litigation commenced. *Bretthauer Deposition, Exhibit D, at 17:8-11; 36:17-21*.

51. She would not characterize Picard's actions using the words used in the report, but agrees that the words used are consistent with what she observed. *Bretthauer Deposition, Exhibit D, at 16:3-19; 22:15-23.*

52. Bossone saw Bretthauer and Fontneau upon his arrival to the police

8

station, but he did not speak to either about the facts of the case. *Bossone Deposition, Exhibit J, at 11:20-25; 12:3-13.*

53.    The language in the police report is Bossone's. He wrote the report based on information given to him by Sergeant McGowan. *Bossone Deposition, Exhibit J, at 26:14-23*. The language in his report stating: "Officers witnessed Michael jump out in front of pedestrians," is Bossone's language, not anyone else's. *Bossone Deposition, Exhibit J, at 12:1-13*.

54.    Dispatch had called for a patrolman to come to the scene to process the prisoner and write an incident report.    *McGowan Deposition, Exhibit E, at 30:17-24.* Officer Bossone was in the jail at the time the call came in over the radio so he responded. *Bossone Deposition, Exhibit J, at 12:18-23*.

55.    Bossone understood that Picard was diverting people on the sidewalk with his sign. *Bossone Deposition, Exhibit J, at 17:21-25; 18:1-8.*

56.    McGowan told him that Fontneau had had a conversation with State's Attorney Colangelo. *Bossone Deposition, Exhibit J, at 19:8-13*.

57.    The sign was preserved as evidence. *Bossone Deposition, Exhibit J, at 17:7-11.*

58.    Picard wanted publicity about his arrest. *Picard Deposition, Exhibit A, at 118:4-16.*

59.    He had fun after the incident occurred and it became public. *Picard*

9

*Deposition, Exhibit A, at 121:21-25; 122:1-10; 124:20-25; 125:1-7.*

FOR THE DEFENDANTS

BY_____/s/_____
Barbara L. Coughlan, Esq.
Fed Bar No. ct
Assistant Corporation Counsel
City of Stamford
888 Washington Blvd
P.O. Box 10152
Stamford, CT  06904-2152
Tel:  (203) 977-4087
Fax: (203) 977-5560
E-mail: bcoughlan@stamfordct.gov

## **CERTIFICATION**

I hereby certify that on August 18, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.


_____/s/_____
Barbara L. Coughlan, Esq.